MODESTE A. DELHAYE, Respondent, *v.* GEORGE HILDEBRAND, Appellant.

*Delhaye* v. *Hildebrand*, 142 App. Div. 903, affirmed.
(Argued May 23, 1912; decided June 11, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 4, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for labor and materials alleged to have been furnished.

*W. W. Thompson* for appellant.

*Max Perlman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.   Absent: VANN, J.